# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UGI SUNBURY, LLC, | No. 3:16-CV-00798 |
| Plaintiff. | |
| | (Judge Brann) |
| v. | |
| A PERMANENT EASEMENT FOR 0.5211 ACRES, AND TEMPORARY CONSTRUCTION AND ACCESS EASEMENT FOR 0.6822 ACRES IN EAST CHILLISQUAQUE TOWNSHIP, NORTHUMBERLAND COUNTY, PENNSYLVANIA TAX PARCEL NO. 022-00-024-015, | |
| TIMOTHY P. EAST, | |
| NATIONAL CITY MORTGAGE, | |
| GERALD L. SHOOP, | |
| CHARLOTTE A. SHOOP, | |
| DONNA J. WARREN, | |
| and ALL UNKNOWN OWNERS, | |
| Defendants. | |

**ORDER**

**APRIL 24, 2018**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Exclude Defendant's Expert Report and Witness, ECF No. 75, is **DENIED**.

2. Defendant's Motion to Exclude Plaintiff's Expert Witness, ECF No. 80, is **DENIED**.

3. Defendant's Motion to Exclude Plaintiff's Lay Witnesses and Evidence, ECF No. 82, is **DENIED**.

4. Resolution of Defendant's Motion to Apply State Law, ECF No. 78, is **STAYED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge